UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARK WAYNE THIBODEAUX #89963** | **CASE NO. 2:18-CV-01599 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Certificate of Appealability [doc. 19] be **DENIED** due to the petitioner's failure to make a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** in Chambers on this 26th day of December, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**